UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                             Case No. 3:22-cv-140

        Plaintiff,

v.                                                  JUDGMENT ENTRY

Bowling Green State
University, *et al.*,

        Defendant.

For the reasons stated in the Memorandum Opinion and Order filed concurrently, I deny Doe's motion to proceed pseudonymously. (Doc. No. 3). I further deny Doe's motion for leave to file a second amended complaint as futile. (Doc. No. 19 & 19-1). Defendants' first motion to dismiss is also denied without prejudice as moot. (Doc. No. 14).

Furthermore, I grant in part and deny in part Defendants' motion to dismiss. (Doc. No. 16). Counts One and Three are dismissed as to all Defendants. Count Two is dismissed as to all individual Defendants, except Christopher Bullins. Count Two is also dismissed as to Christopher Bullins for all claims, except with respect to Doe's claim of a 14th Amendment due process violation stemming from the denial of his right to cross-examine his accuser.

                                                                 s/ Jeffrey J. Helmick
                                                                 United States District Judge