# Notice of Appeal from the United States District Court
# For the Northern District of Ohio at Toledo.
# No. 3:22-cv-140 – Jeffrey J. Helmick, District Judge.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CHASE WEISS

    *Plaintiff-Appellant,*

v.

BOWLING GREEN STATE
UNIVERSITY, CHRISTOPHER
BULLINS, individually and in his
Official capacity as Dean of Students,
Bowling Green State University;
JEREMY ZILMER, individually and
In his official capacity as Associate
Dean of Students, Bowling Green State
University, MAUREEN WILSON,
Individually and in her official capacity
As Associated Dean and Professor,
Bowling Green State University; JODI
WEBB, individually and in her official
Capacity as Associate Vice President for
Student Affairs, Bowling Green State
University; RODNEY ROGERS,
Individually and in his official capacity
As President of Bowling Green State
University, Bowling Green State
University.

    *Defendants.*

Case No. 3:22-cv-140

**NOTICE OF APPEAL**

Hon. Jeffrey J. Helmick

Notice is hereby given that the Plaintiff Chase Weiss, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order granting Defendants' motion to dismiss in part (Doc. #24) and the Judgment Entry in favor of Defendants against Plaintiff (Doc. #25), both filed on September 30, 2022.

    Date: October 31, 2022.

Respectively submitted,

| /s/Leslie A. Weiss | /s/Michael K. Ashar |
|---|---|
| Leslie A. Weiss S. Ct. #0051857 | Michael K. Ashar S. Ct. #0015307 |
| Attorney for Chase Weiss | Michael K. Ashar & Associates |
| HALBERG & ASSOCIATES CO., LPA | Attorney for Chase Weiss |
| 198 East Aurora Rd | 13010 West Darrow Road |
| Northfield, Ohio  44067 | Vermilion, OH  44089-9368 |
| Telephone  330-468-1056 | Telephone  440-967-2680 |
| Email: halberglaw@netlink.net | Email mka@asharlaw.net |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was filed electronically on October 31, 2022. Notice of this filing shall be sent to all parties and/or his or her legal counsel, by operation of the Court's electronic filing system. Parties may access this filing through the Court's systems.

Respectively submitted,

/s/Leslie A. Weiss_____
Leslie A. Weiss S. Ct. #0051857

/s/Michael K. Ashar_____
Michael K. Ashar S. Ct. #0153077
