UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chase Weiss,                                     Case No. 3:22-cv-140

        Plaintiff

v.                                            ORDER

Bowling Green State University, et. al.,

        Defendants

On September 28, 2023, I held a telephone status conference with counsel in this case. Pursuant to the discussion, and with the agreement of the parties, the discovery deadline is extended to January 15, 2024.  In addition, I set the following dispositive motion briefing schedule:

1.) Defendants' motion to be filed by March 1, 2024;

2.) Plaintiff's opposition to be filed by May 1, 2024; and

3.) Defendants to file any reply by May 20, 2024.

All documents must be filed as PDF documents in text searchable format.  All exhibits must be specifically identified.  Failure to comply with these requirements will result in the Clerk's Office marking the document(s) as a filing error and counsel will be required to re-file said document to be in compliance with this order.

So Ordered.

                                                                    s/ Jeffrey J. Helmick
                                                                    United States District Judge