# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Chase Weiss,** | : | |
| | : | |
| *Plaintiff*, | : | Case No. 3:22-cv-00140 |
| | : | |
| v. | : | **Judge Helmick** |
| | : | |
| **Bowling Green State University,** *et al.*, | : | |
| | : | |
| *Defendants*. | : | |

## JOINT MOTION TO AMEND SCHEDULING ORDER (DOC. #36)

Now come the parties, by and through counsel, and jointly move this Court for an extension of the previously scheduled dates in the case. The parties request an extension of the discovery deadline to March 15, 2024, and a new dispositive motion date of April 30, 2024. The parties submit that good cause exists for the relief requested, as set forth in the accompanying memorandum.

Respectfully submitted,

**DAVE YOST (0056290)**
**Ohio Attorney General**

*/s/ Rory P. Callahan*
RORY P. CALLAHAN (0072021)
KAITLYN M. KACHMARIK (0095993)
Assistant Attorneys General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Telephone:  (614) 644-7250
Facsimile:   (614) 644-7634
Rory.Callahan@ohioago.gov
Kaitlyn.kachmarik@ohioago.gov

*Counsel for Defendants*

*/s/ Leslie A. Weiss*
*per email auth on 1/4/24*
LESLIE A. WEISS (0051857)
Halberg & Associates Co., LPA
198 East Aurora Road
Northfield, Ohio 44067
Telephone:  (330) 468-1056
Email: halberglaw@netlink.net

*Counsel for Plaintiff*

*/s/ Michael K. Ashar*
*per email auth on 1/4/24*
MICHAEL K. ASHAR (0015307)
Michael K. Ashar & Associates
13010 West Darrow Road
Vermilion, OH 44089-9368
Telephone: (440) 967-2680
Email:  mka@asharlaw.net

*Counsel for Plaintiff*

2

## MEMORANDUM IN SUPPORT

The parties jointly request a new scheduling order for this case. There is good cause for this request. Counsel for the Plaintiff has been dealing with medical issues for relatives, and counsel for the Defendant has had a relative receiving treatment for a serious medical issue which also required hospitalization. This extension of time is not for the purpose of delay, but rather to allow the parties to complete discovery.

Alternatively, if the Court requires additional information or prefers a different schedule, the parties request a telephone status conference with the Court.

The parties jointly request an extension of the current discovery deadline from January 15, 2024, to March 15, 2024. The previous scheduling order also included dates for briefing on a dispositive motion, and the parties request that those dates be extended as well, with a new date of April 30, 2024, for a dispositive motion date, May 30, 2024 for an opposition to a dispositive motion, and June 20, 2024 for a reply brief in support of a dispositive motion date.

Respectfully submitted,

**DAVE YOST (0056290)**
**Ohio Attorney General**

*/s/ Rory P. Callahan*
RORY P. CALLAHAN (0072021)
KAITLYN M. KACHMARIK (0095993)
Assistant Attorneys General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Telephone: (614) 644-7250
Facsimile:  (614) 644-7634
Rory.Callahan@ohioago.gov
Kaitlyn.kachmarik@ohioago.gov

*Counsel for Defendants*

3

/s/ Leslie A. Weiss
per email auth on 1/4/24
LESLIE A. WEISS (0051857)
Halberg & Associates Co., LPA
198 East Aurora Road
Northfield, Ohio 44067
Telephone: (330) 468-1056
Email: halberglaw@netlink.net

*Counsel for Plaintiff*

/s/ Michael K. Ashar
per email auth on 1/4/24
MICHAEL K. ASHAR (0015307)
Michael K. Ashar & Associates
13010 West Darrow Road
Vermilion, OH 44089-9368
Telephone: (440) 967-2680
Email:  mka@asharlaw.net

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing *Joint Motion to Amend the Scheduling Order (Doc. #36)* was served upon all counsel of record via the Court's electronic filing system this 5th day of January, 2024.

/s/ Rory P. Callahan

RORY P. CALLAHAN (0072021)
Assistant Attorney General

4