UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chase Weiss,                                                  Case No. 3:22-cv-140

        Plaintiff,

    v.                                                         ORDER

Bowling Green State University, et al.,

        Defendants.

Defendants have filed a motion for a "protective order governing discovery in this matter," which they admit is opposed by Plaintiff. (Doc. No. 41). But pursuant to the Case Management Order governing this litigation,

> No motion relating to discovery may be filed unless the parties, as required by Local Rule 37.1, have undertaken in good faith to resolve discovery disputes. If counsel cannot resolve a discovery dispute despite their good faith efforts, they should email me a joint letter (Helmick_Chambers@ohnd.uscourts.gov) summarizing the nature of the dispute and the efforts to resolve it. After I review the submission, my chambers will contact counsel regarding next steps toward resolution.

(Doc. No. 33 at 1-2). Accordingly, Defendants' motion is denied without prejudice.

So Ordered.

                                                                             s/ Jeffrey J. Helmick
                                                                             United States District Judge