UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chase Weiss,    Case No. 3:22-cv-140

    Plaintiff,

v.    ORDER

Bowling Green State University, *et al.*,

    Defendants.

On February 6, 2025, I held a telephone status conference with counsel in this case. Pursuant to the discussion, I order the following:

1.) By February 20, 2025, Plaintiff shall provide Defendant with any specific outstanding discovery requests and explanations justifying those requests;

2.) By February 28, 2025, Defendant shall provide Plaintiff with any objections to those discovery requests and explanations for those objections;

3.) By March 7, 2025, Plaintiff shall respond to Defendant's objections; and

4.) Should a discovery dispute exist following this exchange, the parties must email my chambers (helmick_chambers@ohnd.uscourts.gov) a joint letter, as required by my Standing Order, no later than March 7, 2025.

So Ordered.

    s/ Jeffrey J. Helmick
    United States District Judge