UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chase Weiss,  Case No. 3:22-cv-140

    Plaintiff,

v.  ORDER

Bowling Green State University, et al.,

    Defendants.

Because the parties have been unable to resolve ongoing discovery disputes despite telephonic court intervention, I now set this matter for hearing.  The hearing will be held on April 16, 2025, at 1:00 p.m., in Courtroom 2A of the James M. Ashley and Thomas W.L. Ashley U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.  The parties and their counsel must attend the hearing.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge