UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chase Weiss,                                                                     Case No. 3:22-cv-140

            Plaintiff,

v.                                                                             ORDER

Bowling Green State University, *et al.*,

            Defendants

On April 16, 2025, I held a hearing on the record with counsel and the parties in this case. Pursuant to the discussion, Plaintiff shall provide updated discovery requests to Defendant by April 25, 2025.  Defendant shall provide meaningful responses to these requests by May 15, 2025.  A further telephone status conference is set for May 22, 2025, at 1:00pm, with counsel to call the bridge line at 419-718-0655, meeting ID 849 763 788.

So Ordered.

                                                                   s/ Jeffrey J. Helmick
                                                                   United States District Judge